# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATANYA HIVES,** individually and on behalf of all others similarly situated, | Case No. 2:17-cv-00780-MCE-EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| **WORLD WIDE MEDICAL SERVICES, INC.,** | |
| Defendant. | |

Pursuant to the Stipulation of the parties this matter is DISMISSED with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

Order to Dismiss - 1

Each party shall bear their own costs and attorneys' fees, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE